# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERESA SMITH, individually and on behalf of all persons similarly situated**  *Plaintiff* | : : : | **CIVIL ACTION**  NO. 20-1258 |
| **v.** | : : : | |
| **365 HEALTH SERVICES, LLC**  *Defendant* | : : | |

## REVISED SCHEDULING ORDER

**AND NOW**, this 23rd day of December 2020, upon consideration of *Plaintiff's unopposed motion to modify scheduling order*, [ECF 17], and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**, and the deadlines set forth in the October 22, 2020 Revised Scheduling Order, [ECF 16], are modified, consistent with the parties' request, as follows:

1. By January 18, 2021, the parties will file a joint report apprising the Court as to the status of their settlement discussions, and if a settlement in principle has been reached, a date for the presentation of the settlement to the Court for its approval.

2. If a settlement in principle is not reached by January 18, 2021, Plaintiff will file her Notice Motion on or before January 22, 2021.

3. Defendant will file its Opposition to the Notice Motion by March 5, 2021.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*